the decree of the District Court. *Mr. Frederick P. Fish,
Mr. Charles F. Choate, Jr., Mr. Malcolm Donald* and *Mr.
Henry W. Dunn* for appellants. *Mr. Solicitor General
Beck, Mr. LaRue Brown* and *Mr. Elias Field* for the
United States.

———

No. 57. JOHN SIMMONS COMPANY *v.* GRIER BROTHERS
COMPANY. Certiorari to the Circuit Court of Appeals for
the Third Circuit. Submitted May 15, 1922. Motion to
modify decree denied May 29, 1922. *Mr. James Q. Rice*
for petitioner. *Mr. C. P. Byrnes, Mr. David A. Reed,
Mr. Geo. H. Parmelee* and *Mr. Geo. E. Stebbins* for
respondent. [See 258 U. S. 82.]

———

No. 927. SOUTHERN RAILWAY COMPANY *v.* A. D. WATTS
ET AL.; and
No. 928. ATLANTIC & YADKIN RAILWAY COMPANY *v.*
A. D. WATTS ET AL. Appeals from the District Court of
the United States for the Western District of North
Carolina;
No. 960. SEABOARD AIR LINE RAILWAY COMPANY *v.*
A. D. WATTS ET AL.;
No. 961. ATLANTIC COAST LINE RAILROAD COMPANY *v.*
A. D. WATTS ET AL.; and
No. 962. NORFOLK SOUTHERN RAILROAD COMPANY *v.*
A. D. WATTS ET AL. Appeals from the District Court of
the United States for the Eastern District of North Car-
olina. Motions for stay and to advance submitted May
15, 1922. Order entered May 29, 1922. *Per Curiam.*
In these cases, which were suits brought under § 266,
Judicial Code, as amended by the Act of March 4, 1913,
c. 160, 37 Stat. 1013, for a preliminary and permanent
injunction, a preliminary injunction was denied by the
District Court and a stay granted until an application
could be made to this court. As the District Court is